IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1082

UNITED STATES OF AMERICA,

Plaintiff-Appellant

v.

C.T. WOODY, JR., SHERIFF, CITY OF RICHMOND,
in his official capacity,

Defendant-Appellee

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

_____

UNITED STATES' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL
OF THE APPEAL

_____

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Appellant United States moves to dismiss the appeal with prejudice with consent of the appellee.  Undersigned counsel represents to the Court that all appellate counsel of record consent to this dismissal.  Furthermore, the parties have agreed that each shall bear its own costs and fees in this litigation, including attorney's

- 2 -

fees, both on appeal and in the district court.

                                                    Respectfully submitted,

                                                    John M. Gore
                                                      Acting Assistant Attorney General

                                                  s/ April J. Anderson
                                                  THOMAS E. CHANDLER
                                                  APRIL J. ANDERSON
                                                   Attorneys
                                                   Department of Justice
                                                   Civil Rights Division
                                                   Appellate Section
                                                   Ben Franklin Station
                                                   P.O. Box 14403
                                                   Washington, D.C.  20044-4403
                                                   (202) 616-9405
                                                   April.Anderson@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I certify, pursuant to Federal Rule of Appellate Procedure 32(g):

1.      This motion complies with the type-volume limitation imposed by Federal Rule of Appellate Procedure 27(d)(2)(A).  The motion contains less than 100 words of proportionally spaced text, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f).

2.      This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6).  The motion was prepared using Microsoft Office Word 2016 and a proportionally spaced typeface in Times New Roman, 14-point font.

s/ April J. Anderson
APRIL J. ANDERSON
 Attorney

Date: July 28, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, I electronically filed the foregoing UNITED STATES' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF THE APPEAL with the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. All participants in this case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                              s/ April J. Anderson  
                                              APRIL J. ANDERSON  
                                                Attorney